IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| GREENPOINT AG, LLC | PLAINTIFF |

v.                              CASE NO. 5:15CV00313 BSM

| | |
|---|---|
| BO & SHAY FARM PARTNERSHIP, a Partnership; WILLIAM BEARD a/k/a BEAU BEARD a/k/a BO BEARD; SHEA BEARD a/k/a SHAY BEARD; and SCOTT DAY | DEFENDANTS |
| BEAU & SHAE FARM PARTNERSHIP, a Partnership composed of; WILLIAM A. (BEAU) BEARD and SHEA BEARD; WILLIAM A. (BEAU) BEARD, and SHEA BEARD, INDIVIDUALLY; and SCOTT DAY, INDIVIDUALLY | COUNTER-CLAIMANTS |

v.

| | |
|---|---|
| GREENPOINT AG, LLC | COUNTER-DEFENDANT |

## ORDER

The unopposed motion to consolidate Case No. 5:15CV00312 BRW and Case No. 5:15CV00313 BSM filed by defendants and counter-claimants [Doc. No. 15] is granted because the pleadings indicate that these cases are closely related.  The clerk is directed to immediately reassign this case to Judge Billy Roy Wilson pursuant to General Order 39.

IT IS SO ORDERED this 5th day of January 2016.

_/s/ Brian S. Miller_
UNITED STATES DISTRICT JUDGE